**STATE of Missouri, Respondent,**

v.

**Frederick YOLE, Appellant.**

**Nos. WD 74140, WD 74748.**

Missouri Court of Appeals,
Western District.

June 26, 2012.

find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).

■

**Tasha WILSON, Appellant,**

v.

**DIVISION OF EMPLOYMENT
SECURITY, Respondent.**

**No. WD 74452.**

Missouri Court of Appeals,
Western District.

June 26, 2012.

Frederick S. Yole, Bolwing Green, MO, Appellant pro se.

Jennifer A. Wideman, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

#### ORDER

PER CURIAM.

Frederick Yole appeals the denial of his Rule 29.12 motion, which alleged the trial court plainly erred in sentencing him to consecutive prison sentences on his convictions for second-degree murder and armed criminal action.   For reasons explained in a Memorandum provided to the parties, we